FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0250

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

RONALD L. GOLAS,

> Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to file Appellant's opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until March 29, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2024